# IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

EDDIE JOHNSON, : No. 139 MAL 2022
:
        Petitioner :
: Petition for Allowance of Appeal
: from the Order of the
        v. : Commonwealth Court
:
:
DRIVERSOURCE, INC. (WORKERS' :
COMPENSATION APPEAL BOARD), :
:
        Respondents :

## ORDER

**PER CURIAM**

    **AND NOW**, this 14th day of September, 2022, the Petition for Allowance of Appeal is **DENIED**.